FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00297-CV

**IN THE MATTER OF F.A.S.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01811
The Honorable Carmen Kelsey, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. No further extensions absent extenuating circumstances.

_Catherine Stone_
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court